UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Armando Montoya**, <br><br> Plaintiff, <br><br> v. <br><br> **Wells Fargo Home Mortgage, Inc. et al.**, <br><br> Defendants. | Case No. SACV 17-01626 AG (DFMx) <br><br> **JUDGMENT** |

The Court enters judgment for Defendants and against Plaintiff.

Dated November 3, 2017

_____
Hon. Andrew J. Guilford
United States District Judge